```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 05921
   MELLINI M PARKER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0458


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/12/2008 and was confirmed 05/21/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CHECK INTO CASH            UNSECURED        NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED         2080.00          .00           .00
VILLAGE OF MARKHAM         UNSECURED        NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED          670.14          .00           .00
SPRINT                     UNSECURED        NOT FILED         .00           .00
HEIGHTS FIN                UNSECURED        NOT FILED         .00           .00
ILLINOIS DEPT OF EMP SEC   UNSECURED        NOT FILED         .00           .00
IMAGINE/FBOFD              UNSECURED        NOT FILED         .00           .00
PALLINO                    UNSECURED        NOT FILED         .00           .00
SALLIE MAE 3RD PARTY LSC   UNSECURED        NOT FILED         .00           .00
WASHINGTON MUTUAL PYMT P   UNSECURED        NOT FILED         .00           .00
SANTANDER CONSUMER USA     SECURED VEHIC   14862.00        242.39        288.21
SANTANDER CONSUMER USA     UNSECURED         994.65           .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     284.00           .00        284.00
HIGHER EDUCATION STUDENT   UNSECURED         7184.75          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                         .00
TOM VAUGHN                 TRUSTEE                                        70.40
DEBTOR REFUND              REFUND                                        100.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  985.00

PRIORITY                                     284.00
SECURED                                      288.21
    INTEREST                                 242.39
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                          70.40

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05921 MELLINI M PARKER
```

```
DEBTOR REFUND                                                    100.00
                                         ----------------   ----------------
TOTALS                                           985.00             985.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE